*975 535 U. S. 1099;
537 U. S. 842;
ante, p. 902;
538 U. S. 1013;
538 U. S. 1034;
538 U. S. 1057;
ante, p. 903;
538 U. S. 1035;
*976 No. 02-1539.
No. 02-5276.
No. 02-5552.
No. 02-6775.
No. 02-7517.
No. 02-8668.
No. 02-8719.
No. 02-9225.
No. 02-9258.
No. 02-9315.
No. 02-9325.
No. 02-9420.
No. 02-9436.
No. 02-9440.
No. 02-9510.
No. 02-9569.
No. 02-9573.
No. 02-9577.
No. 02-9597.
No. 02-9669.
No. 02-9683.
No. 02-9764.
No. 02-9810.
No. 02-9831.
No. 02-9834.
No. 02-9845.
No. 02-9851.
No. 02-9861.
No. 02-9865.
ante, p. 904;
537 U. S. 905;
537 U. S. 1195;
537 U. S. 1074;
538 U. S. 980;
538 U. S. 932;
ante, p. 916;
538 U. S. 1003;
538 U. S. 1004;
538 U. S. 1012;
538 U. S. 1015;
538 U. S. 1036;
538 U. S. 1036;
538 U. S. 1037;
538 U. S. 992;
538 U. S. 1039;
538 U. S. 1030;
538 U. S. 1040;
538 U. S. 1007;
538 U. S. 1008;
538 U. S. 1059;
538 U. S. 1055;
ante, p. 905;
538 U. S. 1023;
538 U. S. 1042;
538 U. S. 976;
538 U. S. 1062;
ante, p. 906;
ante, p. 906;
*977 No. 02-9888.
No. 02-9898.
No. 02-9910.
No. 02-9920.
No. 02-9938.
No. 02-9953.
No. 02-9956.
No. 02-10009.
No. 02-10020.
No. 02-10036.
No. 02-10044.
No. 02-10047.
No. 02-10066.
No. 02-10073.
No. 02-10134.
No. 02-10164.
No. 02-10195.
No. 02-10197.
No. 02-10345.
538 U. S. 1043;
538 U. S. 997;
538 U. S. 1044;
538 U. S. 1044;
ante, p. 917;
538 U. S. 997;
538 U. S. 1044;
ante, p. 918;
538 U. S. 1063;
538 U. S. 1046;
538 U. S. 1064;
538 U. S. 1064;
538 U. S. 1047;
ante, p. 929;
538 U. S. 1049;
538 U. S. 1050;
538 U. S. 1051;
538 U. S. 1051; and
538 U. S. 1067. Petitions for rehearing denied.